IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHONEY'S NORTH AMERICA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:14-01151 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| BRENT A. COTTER and ) | |
| MICHAEL D. COTTER, SR., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Based upon Plaintiff's notice of filing suggestion of bankruptcy (Docket Entry No. 10) this action is **STAYED** as to Defendant Michael D. Cotter, Sr., and is **ADMINISTRATIVELY CLOSED**, but may be reopened by any party at the conclusion of Mr. Cotter's bankruptcy proceeding.

It is so **ORDERED**.

**ENTERED** this the _17_ day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge